■ In the Matter of WALTER H. STEIDINGER, Respondent, v KATHLEEN SIMMES, as Clerk of the Town of Bolton, Appellant. — Appeal from a judgment of the Supreme Court at Special Term (Graves, J.), entered January 30, 1984 in Warren County, which granted petitioner's application, in a proceeding pursuant to CPLR article 78, to direct the Town Clerk of the Town of Bolton, Warren County, to issue a certificate of approval for petitioner's subdivision plat.

Judgment affirmed, without costs, upon the opinion of Justice Guy A. Graves at Special Term. Main, J. P., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.